**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1351**

In re:  BRANDON  MARQUIS  JENNINGS,  a/k/a  Smilez,  a/k/a  Smilez  Finesse, a/k/a Beezy, Mustafa Bey,

Petitioner.

On Petition for Writ of Prohibition.  (5:18-cr-00318-FL-1)

Submitted:  July 23, 2020                                          Decided:  July 27, 2020

Before WILKINSON, MOTZ, and RICHARDSON, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Brandon Marquis Jennings, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brandon Marquis Jennings petitions for a writ of prohibition seeking an order exempting him from paying taxes and court fees and authorizing his immediate deportation. "[A] writ of prohibition is a drastic and extraordinary remedy which should be granted only when the petitioner has shown his right to the writ to be clear and undisputable," *In re Vargas*, 723 F.2d 1461, 1468 (10th Cir. 1983), and that there are no other adequate means of relief, *In re Bankers Trust Co.*, 775 F.2d 545, 547 (3d Cir. 1985). A writ of prohibition also may not be used as a substitute for appeal. *Vargas*, 723 F.3d at 1468.

Jennings has failed to demonstrate that he is entitled to the relief he seeks. Accordingly, although we grant Jennings leave to proceed in forma pauperis, we deny the petition for a writ of prohibition. We further deny Jennings' motions to compel testing documents and for release pending appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decision process.

*PETITION DENIED*